JAP:MKM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**M 12 - 051**

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

ERNEST BULLOCK,

             Defendant.

- - - - - - - - - - - - - - - - -X

<u>COMPLAINT AND AFFIDAVIT
IN SUPPORT OF APPLICATION
FOR ARREST WARRANT</u>

(18 U.S.C § 751(a))

EASTERN DISTRICT OF NEW YORK, SS:

    SANDY RAO, being duly sworn, deposes and states that he is a Deputy United States Marshal duly appointed according to law and acting as such.

    Upon information and belief, on or about January 5, 2012, within the Eastern District of New York and elsewhere, the defendant ERNEST BULLOCK, having been convicted of an offense, did knowingly and intentionally escape from the custody of the Attorney General or his authorized representative.

    (Title 18, United States Code, Section 751(a)).

    The source of your deponent's information and the grounds for his belief are as follows:[1]

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all of the relevant facts and circumstances of which I am aware. In addition, when I rely on statements made by others, such statements are set forth in part and in substance unless otherwise indicated.

1. On or about October 9, 1998, the defendant ERNEST BULLOCK was sentenced by Chief Judge Carol Amon of the United States District Court for the Eastern District of New York to a term of 195 months' imprisonment and remanded to the custody of the Attorney General of the United States. The defendant was sentenced in connection with a conviction for conspiracy to distribute narcotics, in violation of Title 21, United States Code, Sections 841 and 846, and use of a firearm during a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c).

2. On or about January 4, 2012, at approximately 4:30 p.m., the defendant ERNEST BULLOCK was transferred from F.C.I. Fairton in Fairton, New Jersey to the Brooklyn Residential Reentry Center ("BRRC"). The defendant's term of custody was scheduled to be completed on June 30, 2012.

3. On or about January 4, 2012, at approximately 10:10 p.m., BRRC staff contacted the New York Police Department to request assistance because the defendant ERNEST BULLOCK appeared to be under the influence of a chemical substance, was disoriented, and was creating a disturbance and destroying property. The defendant was transferred to, and admitted in, Interfaith Hospital in Brooklyn, New York. On or about January 5, 2012, at approximately 10:25 a.m., BRRC staff received a telephone call from hospital staff informing them that the

defendant ERNEST BULLOCK had been discharged at 8:30 a.m. The defendant did not return to the BRRC after his release from the hospital, despite having received instructions from BRRC staff that he was to return to the BRRC upon discharge from the hospital. The defendant was scheduled to remain at the facility until June 30, 2012.

4. As of this date, the defendant ERNEST BULLOCK has failed to return to the BRRC.

WHEREFORE, your deponent respectfully requests that a warrant issue for the arrest of the defendant ERNEST BULLOCK so that he may be dealt with according to law.

SANDY RAO
Deputy Marshal
U.S. Marshals Service

Sworn to before me this
17th day of January, 2012

THE HONORABLE JAMES ORENSTEIN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK