# UNITED STATES DISTRICT COURT
## FOR THE
## Eastern District of New York

UNITED STATES OF AMERICA
VS.

Ernest Bullock

NO. _____ CR.

No true bill

I, the undersigned foreman of the Grand Jury of this court, at the 5/23/11 term begun and held at Brooklyn, New York on the 2/21 day of 2012 AD 2011 in pursuance of Rule 6 (c) of the Federal Rules of Criminal Procedures, and herein file with the clerk of the court a record of the number of grand jurors concurring in the finding of the indictment in the above case, this record shall not be made public except on order of the court, to wit:

_____13_____ # of Grand Jurors Concurring

_____Cheryl Reedy_____
Foreperson Signature

F#2012R00079

INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

1. Title of Case: **United States v. ERNEST BULLOCK**

2. Related Magistrate Docket Number(s): M-12-051

3. Arrest Date: 1/30/12

4. Nature of offense(s):   ☒ Felony
   ☐ Misdemeanor

5. Related Cases - Title and Docket Nos. (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): None.

6. Projected Length of Trial:   Less than 6 weeks   (X)
   More than 6 weeks   ( )

7. County in which crime was allegedly committed: __Kings__
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment been ordered sealed?   ( ) Yes   (X) No

9. Have arrest warrants been ordered?   ( ) Yes   (X) No

10. Capital count included?   ( ) Yes   (X) No

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: /s/ Nadia I. Shihata
Nadia I. Shihata
Assistant U.S. Attorney
718-254-6295

Rev. 3/22/01

GRAND JURY PRESENTMENT REPORT
of Proceedings on __2/21__, 2012

Submitted to:
UNITED STATE MAGISTRATE JUDGE __Bloom__

(1) Name of the Grand Jury: __Tuesday__

(2) Number of indictments handed up: __6__

(3) Number of indictments to be sealed: __1__

(4) Number of arrest warrants to be issued: __1__

If so, list the names, unless sealed:

__arrest warrant to be sealed__

(5) Did the grand jury vote "Not a true bill" as to any case presented?

Yes ✓     No ___

(6) If the grand jury voted "Not a true bill," is there a pending criminal complaint or information against the defendant(s) named?

Yes ✓     No ___

(a) If so, please give the name(s) of the defendant(s) and docket number:

United States v. __Ernest Bullock__, 12 M __51__

(7) Is the grand jury retiring for further deliberations or has it completed its business?

Continuing ✓     Completed ___

Signed: __Cheryl Reedy__, Foreperson